**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Lynne Ai Bui** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA | | |
| Case number (if known) | **8:23-bk-02914** | | |

■ Check if this is an amended filing

## Official Form 106Sum

### Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

|  |  | **Your assets** Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) 1a. Copy line 55, Total real estate, from Schedule A/B................................................................................ | $ **13,300,000.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.................................................................. | $ **59,754,800.00** |
| | 1c. Copy line 63, Total of all property on Schedule A/B.................................................................... | $ **73,054,800.00** |

**Part 2:    Summarize Your Liabilities**

|  |  | **Your liabilities** Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ **56,126,355.56** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. | $ **1,170,627.03** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................. | $ **6,746,911.35** |
| | **Your total liabilities** | $ **64,043,893.94** |

**Part 3:    Summarize Your Income and Expenses**

|  |  | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*.................................................................... | $ **61,233.00** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*........................................................................ | $ **90,448.00** |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor 1   **Lynne Ai Bui**                                    Case number *(if known)*  **8:23-bk-02914**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ **73,083.00**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 1,170,627.03 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 1,170,627.03 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Fill in this information to identify your case and this filing: | | | |
|---|---|---|---|

| Debtor 1 | **Lynne Ai Bui** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number    **8:23-bk-02914**

■ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                        12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes. Where is the property?

1.1

**2325 50th Street Circle East**
Street address, if available, or other description

**Palmetto**        **FL**    **34221-0000**
City                State    ZIP Code

**Manatee**
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$500,000.00** | **$500,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ Check if this is community property (see instructions)

Debtor 1   **Lynne Ai Bui**    Case number *(if known)*  **8:23-bk-02914**

**If you own or have more than one, list here:**

1.2

**20565 Debbie Lane**

Street address, if available, or other description

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

☐ Manufactured or mobile home

| **Saratoga** | **CA** | **95070-0000** |
|---|---|---|
| City | State | ZIP Code |

☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Santa Clara**

County

**Current value of the entire property?**
**$4,600,000.00**

**Current value of the portion you own?**
**$4,600,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee simple**

☐ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number:

**Lynne A. Bui Living Trust Owner**

---

**If you own or have more than one, list here:**

1.3

**4280 Knollview Drive**

Street address, if available, or other description

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

☐ Manufactured or mobile home

| **Danville** | **CA** | **94506-0000** |
|---|---|---|
| City | State | ZIP Code |

☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Contra Costa**

County

**Current value of the entire property?**
**$2,000,000.00**

**Current value of the portion you own?**
**$2,000,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee simple**

☐ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number:

Debtor 1    **Lynne Ai Bui**                                    Case number *(if known)*    **8:23-bk-02914**

**If you own or have more than one, list here:**

1.4

**3600 Wailea Alanui Drive #2102**

Street address, if available, or other description

| | | |
|---|---|---|
| **Kihei** | **HI** | **96753-0000** |
| City | State | ZIP Code |

**Maui**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☑ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Lynne A. Bui Living Trust Owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$2,200,000.00** | **$2,200,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

1.5

**1221 Parker Pl #6**

Street address, if available, or other description

| | | |
|---|---|---|
| **San Diego** | **CA** | **92109-0000** |
| City | State | ZIP Code |

**San Diego**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☑ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Lynne A. Bui Living Trust Owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,200,000.00** | **$1,200,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)

Debtor 1    **Lynne Ai Bui**    Case number *(If known)*    **8:23-bk-02914**

**If you own or have more than one, list here:**

**1.6**

**1829 Bancroft Way**
Street address, if available, or other description

**Berkeley**        **CA**    **94703-0000**
City                State    ZIP Code

**Alameda**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Lynne A. Bui Living Trust Owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
**$2,000,000.00**

**Current value of the portion you own?**
**$2,000,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

**1.7**

**757 Ocean Ave**
**#309**
Street address, if available, or other description

**Santa Monica**    **CA**    **90402-0000**
City                State    ZIP Code

**Los Angeles**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
■ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Lynne A. Bui Living Trust Owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
**$800,000.00**

**Current value of the portion you own?**
**$800,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property**
(see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................................................=>**

**$13,300,000.00**

---

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1    **Lynne Ai Bui**                                Case number *(if known)*    **8:23-bk-02914**

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

■ Yes

| | | | | |
|---|---|---|---|---|
| 3.1 | Make: **Tesla** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| | Model: **S** | ■ Debtor 1 only | | |
| | Year: **2016** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: **125000** | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | ☐ At least one of the debtors and another | | |
| | | ☐ Check if this is community property (see instructions) | **$20,000.00** | **$20,000.00** |

| | | | | |
|---|---|---|---|---|
| 3.2 | Make: **Mercedes** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| | Model: **E350** | ■ Debtor 1 only | | |
| | Year: **2014** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: **75000** | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | ☐ At least one of the debtors and another | | |
| | | ☐ Check if this is community property (see instructions) | **$10,000.00** | **$10,000.00** |

| | | | | |
|---|---|---|---|---|
| 3.3 | Make: **Ford** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| | Model: **Fusion** | ■ Debtor 1 only | | |
| | Year: **2019** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: **60000** | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | ☐ At least one of the debtors and another | | |
| | | ☐ Check if this is community property (see instructions) | **$20,000.00** | **$20,000.00** |

| | | | | |
|---|---|---|---|---|
| 3.4 | Make: **Lexus** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| | Model: **GS300** | ■ Debtor 1 only | | |
| | Year: **2001** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: **250000** | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | ☐ At least one of the debtors and another | | |
| | | ☐ Check if this is community property (see instructions) | **$1,000.00** | **$1,000.00** |

| | | | | |
|---|---|---|---|---|
| 3.5 | Make: **Toyota** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| | Model: **Sequoia** | ■ Debtor 1 only | | |
| | Year: **2002** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: **150000** | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | ☐ At least one of the debtors and another | | |
| | | ☐ Check if this is community property (see instructions) | **$1,500.00** | **$1,500.00** |

Debtor 1   **Lynne Ai Bui**                                     Case number *(if known)*   **8:23-bk-02914**

3.6 Make:   **Ford**

Who has an interest in the property? Check one

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Model:   **Windstar**
Year:   **2001**
Approximate mileage:   **125000**
Other information:

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,000.00 | $1,000.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

4.1 Make:   **Pearson**

Who has an interest in the property? Check one

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Model:
Year:   **1979**

Other information:
**Sailboat 30ft**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
(see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $10,000.00 | $10,000.00 |

4.2 Make:   **Newport**

Who has an interest in the property? Check one

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Model:   **Mark III**
Year:   **1980**

Other information:
**Sailboat 28ft**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
(see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $5,000.00 | $5,000.00 |

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................................=>   **$68,500.00**

**Part 3:   Describe Your Personal and  Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

| household furniture, kitchenware, appliances | $10,000.00 |
|---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

| computers, printers, cell phones, cameras, TVs, stereo systems | $5,000.00 |
|---|---|

Official Form 106A/B                         Schedule A/B: Property                                       page 6

| Debtor 1 | **Lynne Ai Bui** | Case number *(if known)* | **8:23-bk-02914** |
|---|---|---|---|

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ No

☐ Yes. Describe.....

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

■ No

☐ Yes. Describe.....

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No

☐ Yes. Describe.....

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

■ Yes. Describe.....

| Clothes, Shoes, Coats | $5,000.00 |
|---|---|

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

■ Yes. Describe.....

| Rings, Necklaces | $20,000.00 |
|---|---|

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

■ No

☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

■ No

☐ Yes. Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ..................................................................................** | **$40,000.00**

---

**Part 4:   Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

■ No

☐ Yes..................................................................................

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes.......................               Institution name:

Debtor 1    **Lynne Ai Bui**                                                          Case number *(if known)*    **8:23-bk-02914**

| | | | |
|---|---|---|---|
| 17.1. | **Checking** | **Wells Fargo Bank 9418- Closed** | $12,000.00 |
| 17.2. | **Checking** | **JP Morgan Chase Bank closed** | $400.00 |
| 17.3. | **Savings** | **Wells Fargo Bank closed** | $400.00 |
| 17.4. | **Savings** | **JP Morgan Chase closed** | $1,000.00 |
| 17.5. | **Checking** | **United Business Bank, bank would not close account.** | $1,000.00 |
| 17.6. | | **California Bank & Trust closed** | $1,500.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☐ No
    ■ Yes..................        Institution or issuer name:

|  |  |
|---|---|
| **ETrade** | $30,000.00 |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them..................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **Vintage Point Properties, LLC, owned by Zephyr Asset Management, LLC** | | | |
| **Owner of 1729 Milvia St., Berkeley, CA 94706** | **2** | % | $2,000,000.00 |
| **Gladdington Properties, LLC, owned by Zephyr Asset Management, LLC** | | | |
| **Owner of 1498 Gladding Ct., Milpitas, CA 95035** | **2** | % | $5,000,000.00 |
| **Cambridge Properties, LLC , Owned by Zephyr Asset Management, LLC** | | | |
| **Owner of 14911 National Ave, Los Gatos, CA 95032, which is subject to a Trustee sale scheduled  by Evergreen Advantage** | **2** | % | $8,000,000.00 |

Debtor 1    **Lynne Ai Bui**                                    Case number *(if known)*   **8:23-bk-02914**

| | | |
|---|---|---|
| **Atlas Capital Investments, LLC, owned by Zephyr Asset Management, LLC** | | |
| **Owner of 5729 Fontanoso Way, San Jose, CA 95138** | | |
| **-Trustee Sale Scheduled by Evergreen Advantage** | | |
| **Purchased in July 2022, but commercial real estate has gone down since. Don't think it can sell for that price at this time. May be negative equity. Chapter 11 Filed 11/21/2023** | **2** % | **$20,000,000.00** |
| **Elessar Properties, LLC, Owned by Zephyr Asset Management, LLC** | | |
| **Owner of 9460 No Name Uno, Gilroy CA 95020** | | |
| **On 08/24/2023 Elessar Properties Filed Chapter 11 Bankruptcy- 10/20/2023 Converted to Chapter 7** | | |
| **recently appraised at $10,000,000 10/3/2023. Appraisal ordered by 3rd lien holder.** | **2** % | **$10,000,000.00** |
| **ACN Group LTD. owned by The Pemberley 2018 Trust** | | |
| **Owner of Heritage House, 2062 Rum Point Drive, Grand Caymans (Value: $2,500,000.00)- In Receivership- Listed for Sale** | | |
| **Owner of Boggy Sands Condo, Coconut 1, Grand Caymans (Value $1,950,000.00)- In Receivership-in escrow** | | |
| **Sold on 12/09/2023** | **0** % | **$4,450,000.00** |
| **Bright Mountain Group, Inc owned by The Dorcester Group, Inc.** | | |
| **Owner of Bodden Town Condo, Seabreeze Villas, Unit 4, Grand Caymans (Value $625,000.00)- Lender Coe Group LTD has Charging Order on Bodden Condo- in receivership, listed for sale for $625,000.00.- In Escrow** | | |
| **Owner of Pelican Point, Grand Caymans, 1206 Rum Point Dr. Grand Caymans (Value $2,200,000.00)- Pelican Point owes Stamp Duty Tax to Government and Attorney Fees $350,000.00 and needs pool and A/C repairs** | **0** % | **$2,850,000.00** |
| **Beach Bay Group, LTD. owned by The Pemberley 2018 Trust** | | |
| **Owner of Beach Bay Land, Grand Caymans (Value: $2,200,000.00)** | **0** % | **$2,200,000.00** |

**AIA Group, LTD , owned by The Pemberly 2018 Trust**

**Owner of Old Man Bay Land, Grand Caymans (Value $2,100,000.00)**

**Note: In Receivership, sold in August 2023 by Receiver. Lender Coe Group, LTD. has Court Charging Order Against AIA Group LTD for $1,000,000.00; Corporation has no assets since property was sold. AIA Group LTD was borrower and Debtor signed Personal Guarantee for Loan**

| | | |
|---|---|---|
| **0** | % | **$0.00** |

**Zephyr Asset Management, LLC**

**Owner(s):**
**The Pemberly 2018 Trust (98%)**
**The Lynne A Bui Living Trust Dated 08/03/2009 (2%)**

| | | |
|---|---|---|
| **2** | % | **$0.00** |

**The Dorcester Group, Inc. owned by The Pemberley 2018 Trust**

**Owner of Bright Mountain Group, Inc. and approximately 23.34% of Khloris Biosciences, Inc.**

| | | |
|---|---|---|
| **0** | % | **$0.00** |

**Khloris Biosciences, Inc., The Dorcester Group, Inc. owns approximately 23.34%**

**Owner of Khloris Australia Pty Ltd.**

| | | |
|---|---|---|
| **0** | % | **$0.00** |

**Global Cancer Research Institute, Inc., pending Chapter 11, pending in the Bankruptcy Court for the Northern District of California, Case No. 23-51174**

| | | |
|---|---|---|
| **100** | % | **$0.00** |

**Le Soleil, Inc. owned by The Pemberley 2018 Trust.**

| | | |
|---|---|---|
| **0** | % | **$0.00** |

**Khloris Australia Pty. Ltd.**
**100% wholly owned subsidiary of Khloris Biosciences, Inc. in Australia**

| | | |
|---|---|---|
| **0** | % | **$0.00** |

**Dragonhorse Group Pty, Ltd.**

**Australian company owned by Lynne A. Bui as individual, owes $1.4m loan to private lender in Australia on condo in Brisbane, under receivership listed for sale at auction. Valuation of Condo $1.5m**

**4803/8 Adelaide Street, Brisbane City, Australia**

| | | |
|---|---|---|
| **100** | % | **$0.00** |

Debtor 1   **Lynne Ai Bui**                                    Case number *(if known)*   **8:23-bk-02914**

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☐ No

☐ Yes. Give specific information about them
                         Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No

■ Yes. List each account separately.
                         Type of account:            Institution name:

|  | IRA | Wells Fargo Advisors IRA | $80,000.00 |
|---|---|---|---|

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No

☐ Yes. .....................            Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No

☐ Yes.............     Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No

☐ Yes.............     Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☐ No

■ Yes. Give specific information about them...

| The Lynne A. Bui Living Trust Dated 08/03/2009<br><br>Five Properties:<br>20565 Debbie Ln, Saratoga, CA 95070<br>3600 Wailea Alanui Drive, #2102 Wailea, HI 96753<br>1221 Parker Pl #6, San Diego, CA, 92109<br>1829 Bancroft Way, Berkley CA 95703<br>757 Ocean Ave #309, Santa Monica, CA, 90402<br><br>2% Owner of Zephyr Asset Management, LLC | Unknown |
|---|---|

| The Pemberly 2018 Trust, Irrevocable Cayman Island Trust<br>BB&B Protector Services - Protector of Trust<br><br>Owner of:<br>The Dorcester Group, Inc, LeSoleil, Inc., Owns 98% of Zephyr<br>Asset Management, LLC. | Unknown |
|---|---|

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No

☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No

☐ Yes. Give specific information about them...

| Debtor 1    **Lynne Ai Bui** | Case number *(if known)*    **8:23-bk-02914** |
| --- | --- |

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
| --- | --- |

28. **Tax refunds owed to you**
   ■ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
   ■ No
   ☐ Yes. Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☐ No

   ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
| --- | --- | --- |
| **Mass Mutual Life Insurance** | **Children** | **$20,000.00** |

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ■ No
   ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ☐ No
   ■ Yes. Describe each claim.........

| | |
| --- | --- |
| **Breach of Settlement Agreement, Possible Causes of Action against Vitality Health Plan of Nevada, Christopher Do, Brian Barry, and Anh Tran.** | **Unknown** |

| | |
| --- | --- |
| **Note Payable to Khloris Biosciences, Inc (07/2021)** | **$5,000,000.00** |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ■ No
   ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
   ■ No
   ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here..........................................................................................................................**

$59,646,300.00

Debtor 1   **Lynne Ai Bui**                                    Case number *(if known)*   **8:23-bk-02914**

---

**Part 5:**   **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37.  **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

**Part 6:**   **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Part 7:**   **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53.  **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific information.........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................    | **$0.00** |

**Part 8:**   **List the Totals of Each Part of this Form**

55.  **Part 1: Total real estate, line 2** ....................................................................................................................    | **$13,300,000.00** |

56.  **Part 2: Total vehicles, line 5**                                            $68,500.00

57.  **Part 3: Total personal and household items, line 15**                      $40,000.00

58.  **Part 4: Total financial assets, line 36**                                  $59,646,300.00

59.  **Part 5: Total business-related property, line 45**                         $0.00

60.  **Part 6: Total farm- and fishing-related property, line 52**               $0.00

61.  **Part 7: Total other property not listed, line 54**                    +    $0.00

62.  **Total personal property.** Add lines 56 through 61...    **$59,754,800.00**    Copy personal property total    **$59,754,800.00**

63.  **Total of all property on Schedule A/B**. Add line 55 + line 62    | **$73,054,800.00** |

---

**Fill in this information to identify your case:**

| Debtor 1 | **Lynne Ai Bui** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number   **8:23-bk-02914**
(if known)

■ Check if this is an amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**   **List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | Amount of claim | Value of collateral | Unsecured |
| | | Do not deduct the | that supports this | portion |
| | | value of collateral. | claim | If any |
| **2.1**   **Alameda County Tax** | Describe the property that secures the claim: | **$46,664.56** | **$2,000,000.00** | **$0.00** |

Creditor's Name

**Vintage Point Properties, LLC, owned by Zephyr Asset Management, LLC**

**Owner of 1729 Milvia St., Berkeley, CA 94706**

**2 % ownership**

**1221 Oak Street, Room 131**
**Oakland, CA 94612**

As of the date you file, the claim is: Check all that apply.

☐ Contingent

Number, Street, City, State & Zip Code

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only

☐ An agreement you made (such as mortgage or secured car loan)

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ At least one of the debtors and another

☐ Judgment lien from a lawsuit

☐ Check if this claim relates to a community debt

☐ Other (including a right to offset)

Date debt was incurred _____   Last 4 digits of account number _____

| Debtor 1 | **Lynne Al Bui** | | | Case number (if known) | 8:23-bk-02914 | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| 2.2 | **Bodden & Bodden** | Describe the property that secures the claim: | $350,000.00 | $2,850,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Bright Mountain Group, Inc owned by The Dorcester Group, Inc.**

**Owner of Bodden Town Condo, Seabreeze Villas, Unit 4, Grand Caymans (Value $625,000.00)- Lender Coe Group LTD has Charging Order on Bodden Condo- in receivership, listed for**

**23 Lime Tree Bay Ave**
**PO Box 10335**
**Grand Cayman KY1-1003**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

■ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

Nature of lien. Check all that apply.

☐ Debtor 1 only

☐ An agreement you made (such as mortgage or secured car loan)

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

■ At least one of the debtors and another

☐ Judgment lien from a lawsuit

☐ **Check if this claim relates to a community debt**

■ Other (including a right to offset)   **Stamp Duty Tax and Legal Fees on Pelican Point Property**

Date debt was incurred _____   Last 4 digits of account number _____

| 2.3 | **California Bank & Trust** | Describe the property that secures the claim: | $2,610,000.00 | $4,600,000.00 | $1,010,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**20565 Debbie Lane Saratoga, CA 95070  Santa Clara County**
**Lynne A. Bui Living Trust Owner**

**HELOC**
**PO Box 1507**
**Salt Lake City, UT 84110**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

Nature of lien. Check all that apply.

■ Debtor 1 only

☐ An agreement you made (such as mortgage or secured car loan)

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ At least one of the debtors and another

☐ Judgment lien from a lawsuit

☐ **Check if this claim relates to a community debt**

☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number   **3550**

Debtor 1 **Lynne Ai Bui**                                                Case number (if known)   **8:23-bk-02914**

First Name          Middle Name          Last Name

| 2.4 | **California Bank & Trust** | Describe the property that secures the claim: | **$1,295,000.00** | **$2,000,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**1829 Bancroft Way Berkeley, CA**
**94703  Alameda County**
**Lynne A. Bui Living Trust Owner**

**PO Box 1507**
**Salt Lake City, UT 84110**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset)

Date debt was incurred _____          Last 4 digits of account number   **8303**

| 2.5 | **Casco Financial Inc** | Describe the property that secures the claim: | **$725,000.00** | **$2,000,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**4280 Knollview Drive Danville, CA**
**94506  Contra Costa County**

**15700 Winchester Blvd**
**Los Gatos, CA 95030**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset)

Date debt was incurred _____          Last 4 digits of account number   **2428**

Debtor 1 **Lynne Ai Bui**

First Name          Middle Name          Last Name

Case number (if known)   **8:23-bk-02914**

| 2.6 | **Cathay Bank** | Describe the property that secures the claim: | $3,500,000.00 | $8,000,000.00 | $0.00 |
|-----|-----|-----|-----|-----|-----|

Creditor's Name

**Cambridge Properties, LLC , Owned by Zephyr Asset Management, LLC**

**Owner of 14911 National Ave, Los Gatos, CA 95032, which is subject to a Trustee sale scheduled by Evergreen Advantage 2 % ownership**

**9650 Flair Drive**
**El Monte, CA 91731**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

■ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)   **Personal Guarantee**

Date debt was incurred _____

Last 4 digits of account number   **8189**

| 2.7 | **Chase** | Describe the property that secures the claim: | $450,000.00 | $2,000,000.00 | $0.00 |
|-----|-----|-----|-----|-----|-----|

Creditor's Name

**4280 Knollview Drive Danville, CA 94506  Contra Costa County**

**700 Kansas Lane**
**LA4-6633**
**Monroe, LA 71203**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number   **2852**

Debtor 1  **Lynne Ai Bui**

First Name          Middle Name          Last Name

Case number (if known)    **8:23-bk-02914**

| | | | | |
|---|---|---|---|---|
| **2.8** **Coe Group, LTD** | Describe the property that secures the claim: | **$1,000,000.00** | **$0.00** | **$1,000,000.0 0** |

Creditor's Name

**AIA Group, LTD , owned by The Pemberly 2018 Trust**

**Owner of Old Man Bay Land, Grand Caymans (Value $2,100,000.00)**

**Note: In Receivership, sold in August 2023 by Receiver. Lender Coe Group, LTD. has Court Charging Order Against AIA Group**

**2307 W. Bay Rd**
**PO Box 30121**
**KY-1201**

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

Number, Street, City, State & Zip Code

■ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☐ Debtor 1 only

☐ An agreement you made (such as mortgage or secured car loan)

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

■ At least one of the debtors and another

☐ Judgment lien from a lawsuit

☐ Check if this claim relates to a community debt

■ Other (including a right to offset)    **Personal Guarantee**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

| | | | | |
|---|---|---|---|---|
| **2.9** **Coe Group, LTD** | Describe the property that secures the claim: | **$45,000.00** | **$4,450,000.00** | **$0.00** |

Creditor's Name

**ACN Group LTD. owned by The Pemberley 2018 Trust**

**Owner of Heritage House, 2062 Rum Point Drive, Grand Caymans (Value: $2,500,000.00)- In Receivership- Listed for Sale**
**Owner of Boggy Sands Condo, Coconut 1, Grand Caymans (Value $1,950,0**

**2307 W. Bay Rd**
**PO Box 30121**
**KY-1201**

As of the date you file, the claim is: Check all that apply.

■ Contingent

☐ Unliquidated

Number, Street, City, State & Zip Code

■ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☐ Debtor 1 only

☐ An agreement you made (such as mortgage or secured car loan)

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

■ At least one of the debtors and another

☐ Judgment lien from a lawsuit

☐ Check if this claim relates to a community debt

☐ Other (including a right to offset) _____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

Debtor 1  **Lynne Ai Bui**

First Name       Middle Name       Last Name

Case number (if known)   **8:23-bk-02914**

| 2.1 0 | **Coe Group, LTD (Bodden Town)** | **Describe the property that secures the claim:** | $400,000.00 | $2,850,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Bright Mountain Group, Inc  owned by The Dorcester Group, Inc.**

**Owner of Bodden Town Condo, Seabreeze Villas, Unit 4, Grand Caymans (Value $625,000.00)- Lender Coe Group LTD has Charging Order on Bodden Condo- in receivership, listed for**

**2307 W. Bay Road**
**PO Box 30121**
**Grand Cayman KY1-1201**

As of the date you file, the claim is: Check all that apply.

■ Contingent

Number, Street, City, State & Zip Code

☐ Unliquidated

■ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☐ Debtor 1 only

☐ An agreement you made (such as mortgage or secured car loan)

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

■ At least one of the debtors and another

☐ Judgment lien from a lawsuit

☐ **Check if this claim relates to a community debt**

■ Other (including a right to offset)     **Personal Guarantee**

**Date debt was incurred**

**Last 4 digits of account number**

| 2.1 1 | **CTBC Bank** | **Describe the property that secures the claim:** | $3,660,000.00 | $5,000,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Gladdington Properties, LLC, owned by Zephyr Asset Management, LLC**

**Owner of 1498 Gladding Ct., Milpitas, CA 95035**
**2 % ownership**

**801 S Figueroa**
**Suite 2300**
**Los Angeles, CA 90017**

As of the date you file, the claim is: Check all that apply.

■ Contingent

Number, Street, City, State & Zip Code

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☐ Debtor 1 only

☐ An agreement you made (such as mortgage or secured car loan)

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

■ At least one of the debtors and another

☐ Judgment lien from a lawsuit

☐ **Check if this claim relates to a community debt**

■ Other (including a right to offset)     **Personal Guarantee**

**Date debt was incurred**

**Last 4 digits of account number**    **0000**

Debtor 1   **Lynne Ai Bui**

| First Name | Middle Name | Last Name |

Case number (if known)   **8:23-bk-02914**

---

| 2.12 | **Evergreen Advantage LLC** | | **$1,737,000.00** | **$8,000,000.00** | **$0.00** |

Creditor's Name

**Describe the property that secures the claim:**

**Cambridge Properties, LLC , Owned by Zephyr Asset Management, LLC**

**Owner of 14911 National Ave, Los Gatos, CA 95032, which is subject to a Trustee sale scheduled by Evergreen Advantage**
**2 % ownership**

**1424 4th Street**
**#220A**
**Santa Monica, CA 90401**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Personal Guarantee**

Date debt was incurred _____

Last 4 digits of account number   **1177**

---

| 2.13 | **Evergreen Advantage LLC** | | **$22,000,000.00** | **$20,000,000.00** | **$2,000,000.00** |

Creditor's Name

**Describe the property that secures the claim:**

**Atlas Capital Investments, LLC, owned by Zephyr Asset Management, LLC**

**Owner of 5729 Fontanoso Way, San Jose, CA 95138**
**-Trustee Sale Scheduled by Evergreen Advantage**
**Purchased in July 2022, but commercial real estate has gone down sinc**

**1424 4th Street**
**#220A**
**Santa Monica, CA 90401**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Personal Guarantee**

Date debt was incurred _____

Last 4 digits of account number   **5917**

---

Debtor 1 **Lynne Ai Bui**

First Name          Middle Name          Last Name

Case number (if known)   **8:23-bk-02914**

| 2.1 4 | **Evergreen Advantage LLC** | Describe the property that secures the claim: | $268,000.00 | $10,000,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Elessar Properties, LLC, Owned by Zephyr Asset Management, LLC**

**Owner of 9460 No Name Uno, Gilroy CA 95020**

**On 08/24/2023 Elessar Properties Filed Chapter 11 Bankruptcy- 10/20/2023 Converted to Chapter 7 recently appraised at $10,000,0**

**1424 4th Street #220A**

**Santa Monica, CA 90401**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

■ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

Nature of lien. Check all that apply.

☐ Debtor 1 only

☐ An agreement you made (such as mortgage or secured car loan)

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

■ At least one of the debtors and another

☐ Judgment lien from a lawsuit

☐ Check if this claim relates to a community debt

■ Other (including a right to offset)    **Personal Guarantee**

Date debt was incurred _____

Last 4 digits of account number   **1303**

| 2.1 5 | **Northpointe Mortgage** | Describe the property that secures the claim: | $980,000.00 | $2,200,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**3600 Wailea Alanui Drive #2102 Kihei, HI 96753  Maui County Lynne A. Bui Living Trust Owner**

**3333 Deposit Dr NE**

**Grand Rapids, MI 49546**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

Nature of lien. Check all that apply.

■ Debtor 1 only

☐ An agreement you made (such as mortgage or secured car loan)

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ At least one of the debtors and another

☐ Judgment lien from a lawsuit

☐ Check if this claim relates to a community debt

☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number _____

Debtor 1  **Lynne Ai Bui**

First Name          Middle Name          Last Name

Case number (if known)    **8:23-bk-02914**

---

| 2.1 6 | **PenFed Credit Union** | Describe the property that secures the claim: | $1,200,000.00 | $2,000,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Vintage Point Properties, LLC, owned by Zephyr Asset Management, LLC**

**Owner of 1729 Milvia St., Berkeley, CA 94706**
**2 % ownership**

**2938 Eisenhower Ave**
**Alexandria, VA 22314**

As of the date you file, the claim is: Check all that apply.

Number, Street, City, State & Zip Code

■ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☐ Debtor 1 only

☐ An agreement you made (such as mortgage or secured car loan)

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

■ At least one of the debtors and another

☐ Judgment lien from a lawsuit

☐ Check if this claim relates to a community debt

■ Other (including a right to offset)    **Personal Guarantee**

Date debt was incurred

Last 4 digits of account number    **6068**

---

| 2.1 7 | **Redwood Mortgage** | Describe the property that secures the claim: | $760,000.00 | $5,000,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Gladdington Properties, LLC, owned by Zephyr Asset Management, LLC**

**Owner of 1498 Gladding Ct., Milpitas, CA 95035**
**2 % ownership**

**177 Bovet Rd**
**Suite 520**
**San Mateo, CA 94402**

As of the date you file, the claim is: Check all that apply.

Number, Street, City, State & Zip Code

■ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☐ Debtor 1 only

☐ An agreement you made (such as mortgage or secured car loan)

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

■ At least one of the debtors and another

☐ Judgment lien from a lawsuit

☐ Check if this claim relates to a community debt

■ Other (including a right to offset)    **Personal Guarantee**

Date debt was incurred

Last 4 digits of account number    **5006**

---

| Debtor 1 | **Lynne Ai Bui** | | | Case number (if known) | **8:23-bk-02914** |
| | First Name | Middle Name | Last Name | | |

---

**2.18** | **Sakura Financial**

Creditor's Name

c/o Republic Title
Company
1000 Burnett Ave #400
Concord, CA 94520

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

**Describe the property that secures the claim:**

**Gladdington Properties, LLC,
owned by Zephyr Asset
Management, LLC**

**Owner of 1498 Gladding Ct.,
Milpitas, CA 95035
2 % ownership**

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
    car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Personal Guarantee**

| $300,000.00 | $5,000,000.00 | $0.00 |

**Date debt was incurred** _____    **Last 4 digits of account number** **0123**

---

**2.19** | **Sakura Financial**

Creditor's Name

**Lucky NT Properties,
LLC**
c/o Republic Title
Company
1000 Burnett Ave Suite
400
Concord, CA 94520

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

**Describe the property that secures the claim:**

**Elessar Properties, LLC, Owned by
Zephyr Asset Management, LLC**

**Owner of 9460 No Name Uno, Gilroy
CA 95020**

**On 08/24/2023 Elessar Properties
Filed Chapter 11 Bankruptcy-
10/20/2023 Converted to Chapter 7
recently appraised at $10,000,0**

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
    car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Personal Guarantee**

| $1,600,000.00 | $10,000,000.00 | $0.00 |

**Date debt was incurred** _____    **Last 4 digits of account number** _____

---

| Debtor 1 | **Lynne Ai Bui** | | | Case number (if known) | **8:23-bk-02914** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.20 | **Santa Cruz County Bank** | Describe the property that secures the claim: | **$6,965,000.00** | **$10,000,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**Elessar Properties, LLC, Owned by Zephyr Asset Management, LLC**

**Owner of 9460 No Name Uno, Gilroy CA 95020**

**On 08/24/2023 Elessar Properties Filed Chapter 11 Bankruptcy- 10/20/2023 Converted to Chapter 7 recently appraised at $10,000,0**

**PO Box 8426**
**Santa Cruz, CA 95061**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

■ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)    **Personal Guarantee**

Date debt was incurred _____    Last 4 digits of account number    **2120**

| 2.21 | **Scott Capital Mgmt, Inc.** | Describe the property that secures the claim: | **$460,000.00** | **$2,000,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**Vintage Point Properties, LLC, owned by Zephyr Asset Management, LLC**

**Owner of 1729 Milvia St., Berkeley, CA 94706**

**2 % ownership**

**6929 N. Hayden Road**
**Suite CA-613**
**Scottsdale, AZ 85250**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

■ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)    **Personal Guarantee**

Date debt was incurred _____    Last 4 digits of account number    _____

| Debtor 1 | **Lynne Ai Bui** | | | Case number (if known) | **8:23-bk-02914** | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| 2.2 2 | **Shellpoint Mortgage** | Describe the property that secures the claim: | **$3,000,000.00** | **$4,600,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**20565 Debbie Lane Saratoga, CA 95070  Santa Clara County Lynne A. Bui Living Trust Owner**

**PO Box 10826 Greenville, SC 29603**

As of the date you file, the claim is: Check all that apply.
☐ Contingent

Number, Street, City, State & Zip Code

☐ Unliquidated

☐ Disputed

Who owes the debt? Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only

☐ An agreement you made (such as mortgage or secured car loan)

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ At least one of the debtors and another

☐ Judgment lien from a lawsuit

☐ Check if this claim relates to a community debt

☐ Other (including a right to offset)

Date debt was incurred

Last 4 digits of account number    **1885**

| 2.2 3 | **Tesser, LLC** | Describe the property that secures the claim: | **$500,000.00** | **$2,200,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**3600 Wailea Alanui Drive #2102 Kihei, HI 96753  Maui County Lynne A. Bui Living Trust Owner**

**c/o KDR, LLC 608 Ocean Avenue Seal Beach, CA 90740**

As of the date you file, the claim is: Check all that apply.
☐ Contingent

Number, Street, City, State & Zip Code

☐ Unliquidated

☐ Disputed

Who owes the debt? Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only

☐ An agreement you made (such as mortgage or secured car loan)

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ At least one of the debtors and another

☐ Judgment lien from a lawsuit

☐ Check if this claim relates to a community debt

☐ Other (including a right to offset)

Date debt was incurred

Last 4 digits of account number

| Debtor 1 | **Lynne Ai Bui** | | | Case number (if known) | **8:23-bk-02914** | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| 2.2 4 | **Tesser,LLC** | Describe the property that secures the claim: | $900,000.00 | $20,000,000.00 | $900,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**Atlas Capital Investments, LLC, owned by Zephyr Asset Management, LLC. Owner of 5729 Fontanoso Way, San Jose, CA 95138Trustee Sale Scheduled. Cross Collateralized: 1829 Bancroft, 1221 Parker Place, 727 Ocean Ave.**

c/o KDR, LLC
608 Ocean Ave
Seal Beach, CA 90740

As of the date you file, the claim is: Check all that apply.

Number, Street, City, State & Zip Code

■ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.

Nature of lien. Check all that apply.

☐ Debtor 1 only
☐ Debtor 2 only

☐ An agreement you made (such as mortgage or secured car loan)

☐ Debtor 1 and Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

■ At least one of the debtors and another

☐ Judgment lien from a lawsuit

☐ Check if this claim relates to a community debt

■ Other (including a right to offset)    **Personal Guarantee**

Date debt was incurred _____    Last 4 digits of account number _____

| 2.2 5 | **United Wholesale Mortgage** | Describe the property that secures the claim: | $614,691.00 | $1,200,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**1221 Parker Pl #6 San Diego, CA 92109  San Diego County Lynne A. Bui Living Trust Owner**

PO Box 77404
Ewing, NJ 08628

As of the date you file, the claim is: Check all that apply.

Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.

Nature of lien. Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only

☐ An agreement you made (such as mortgage or secured car loan)

☐ Debtor 1 and Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ At least one of the debtors and another

☐ Judgment lien from a lawsuit

☐ Check if this claim relates to a community debt

☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number    4167

Debtor 1  **Lynne Ai Bui**

First Name　　　　Middle Name　　　　　Last Name

Case number (if known)　**8:23-bk-02914**

| 2.2 6 | **United Wholesale Mortgage** | | $229,000.00 | $500,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**2325 50th Street Circle East**
**Palmetto, FL 34221  Manatee County**

**PO Box 77404**
**Ewing, NJ 08628**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred _____

Last 4 digits of account number　**3904**

---

| 2.2 7 | **United Wholesale Mortgage** | | $525,000.00 | $800,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**757 Ocean Ave #309 Santa Monica,**
**CA 90402  Los Angeles County**
**Lynne A. Bui Living Trust Owner**

**PO Box 77404**
**Ewing, NJ 08628**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred _____

Last 4 digits of account number　**8222**

---

| 2.2 8 | **Wailea Elua AOA** | | $6,000.00 | $2,200,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**3600 Wailea Alanui Drive #2102**
**Kihei, HI 96753  Maui County**
**Lynne A. Bui Living Trust Owner**

**3600 Wailea Alanui Drive**
**Kihei, HI 96753**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)

Date debt was incurred _____

Last 4 digits of account number _____

---

Debtor 1    **Lynne Ai Bui**

First Name          Middle Name          Last Name

Case number (if known)    **8:23-bk-02914**

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$56,126,355.56** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$56,126,355.56** |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]    Name, Number, Street, City, State & Zip Code
**California Bank & Trust**
**Zions Bancorporation**
**7860 South Bingham Junc. Blv**
**4th**
**Midvale, UT 84047**

On which line in Part 1 did you enter the creditor?  **2.21**

Last 4 digits of account number __

[ ]    Name, Number, Street, City, State & Zip Code
**California Bank & Trust**
**Zions Bancorporation**
**7860 South Bingham Junc. Blv**
**4th**
**Midvale, UT 84047**

On which line in Part 1 did you enter the creditor?  **2.3**

Last 4 digits of account number __

[ ]    Name, Number, Street, City, State & Zip Code
**CTBC Bank Corp (USA)**
**c/o Frandzel Robins Bloom**
**1000 Wilshire Blvd.**
**19th Fl**
**Los Angeles, CA 90017**

On which line in Part 1 did you enter the creditor?  **2.11**

Last 4 digits of account number __

[ ]    Name, Number, Street, City, State & Zip Code
**Del Toro Loan Servicing, Inc**
**2300 Boswell Road**
**#251**
**Chula Vista, CA 91914**

On which line in Part 1 did you enter the creditor?  **2.21**

Last 4 digits of account number __

[ ]    Name, Number, Street, City, State & Zip Code
**Evergreen Advantage LLC**
**1424 4th Street**
**#220A**
**Santa Monica, CA 90401**

On which line in Part 1 did you enter the creditor?  **2.6**

Last 4 digits of account number __

[ ]    Name, Number, Street, City, State & Zip Code
**Evergreen Advantage LLC**
**c/o FCI Lender Services**
**PO Box 27370**
**Anaheim, CA 92809**

On which line in Part 1 did you enter the creditor?  **2.12**

Last 4 digits of account number __

[ ]    Name, Number, Street, City, State & Zip Code
**Evergreen Advantage LLC**
**c/o FCI Lender Services**
**PO Box 27370**
**Anaheim, CA 92809**

On which line in Part 1 did you enter the creditor?  **2.13**

Last 4 digits of account number __

Debtor 1  **Lynne Ai Bui**                                                    Case number (if known)    **8:23-bk-02914**
          First Name         Middle Name              Last Name

[ ]  Name, Number, Street, City, State & Zip Code
     **Evergreen Advantage LLC**
     **c/o FCI Lender Services**
     **PO Box 27370**
     **Anaheim, CA 92809**

On which line in Part 1 did you enter the creditor? __2.14__

Last 4 digits of account number ___

[ ]  Name, Number, Street, City, State & Zip Code
     **JP Morgan Chase Bank**
     **Chase Records Center**
     **Mail Code LA4-5555**
     **700 Kansas Lane**
     **Monroe, LA 71203**

On which line in Part 1 did you enter the creditor? __2.7__

Last 4 digits of account number ___

[ ]  Name, Number, Street, City, State & Zip Code
     **Pentagon Federal Credit Un**
     **6191 N SH 161 Service Rd**
     **Irving, TX 75038**

On which line in Part 1 did you enter the creditor? __2.16__

Last 4 digits of account number ___

[ ]  Name, Number, Street, City, State & Zip Code
     **Sakura Financial Group**
     **c/o Old Republic Title Comp.**
     **1000 Burnett Ave**
     **Suite 400**
     **Concord, CA 94520**

On which line in Part 1 did you enter the creditor? __2.18__

Last 4 digits of account number ___

[ ]  Name, Number, Street, City, State & Zip Code
     **Santa Cruz County Bank**
     **c/o Catherine Robertson**
     **Pahl & McCay**
     **225 W Santa Clara St #1500**
     **San Jose, CA 95113**

On which line in Part 1 did you enter the creditor? __2.20__

Last 4 digits of account number ___

[ ]  Name, Number, Street, City, State & Zip Code
     **Shellpoint Mortgage Services**
     **Goldman Sachs Mortgage Comp**
     **PO Box 10826**
     **Greenville, SC 29603-0826**

On which line in Part 1 did you enter the creditor? __2.22__

Last 4 digits of account number ___

[ ]  Name, Number, Street, City, State & Zip Code
     **Tesser LLC**
     **Russell Singer**
     **303 Broadway St.**
     **Suite 204-1**
     **Laguna Beach, CA 92651**

On which line in Part 1 did you enter the creditor? __2.24__

Last 4 digits of account number ___

[ ]  Name, Number, Street, City, State & Zip Code
     **Tesser LLC**
     **Russell Singer**
     **303 Broadway St.**
     **Suite 204-1**
     **Laguna Beach, CA 92651**

On which line in Part 1 did you enter the creditor? __2.23__

Last 4 digits of account number ___

Debtor 1 **Lynne Ai Bui**                                                     Case number (if known)    **8:23-bk-02914**
    First Name        Middle Name        Last Name

[ ]  Name, Number, Street, City, State & Zip Code
**The Evergreen Advantage, LLC**
**c/o Zachary J. Bancroft, Esq**
**PO Box 1549**
**Orlando, FL 32802-1549**

On which line in Part 1 did you enter the creditor? **2.12**

Last 4 digits of account number ___

[ ]  Name, Number, Street, City, State & Zip Code
**The Evergreen Advantage, LLC**
**c/o Zachary J. Bancroft, Esq**
**PO Box 1549**
**Orlando, FL 32802-1549**

On which line in Part 1 did you enter the creditor? **2.13**

Last 4 digits of account number ___

[ ]  Name, Number, Street, City, State & Zip Code
**The Evergreen Advantage, LLC**
**c/o Zachary J. Bancroft, Esq**
**PO Box 1549**
**Orlando, FL 32802-1549**

On which line in Part 1 did you enter the creditor? **2.14**

Last 4 digits of account number ___

[ ]  Name, Number, Street, City, State & Zip Code
**United Shore Financial Serv**
**d/b/a United, Cenlar FSB**
**Attb: Bk**
**425 Phillips Blvd**
**Ewing, NJ 08618**

On which line in Part 1 did you enter the creditor? **2.25**

Last 4 digits of account number ___

[ ]  Name, Number, Street, City, State & Zip Code
**United Shore Financial Serv**
**d/b/a United, Cenlar FSB**
**Attb: Bk**
**425 Phillips Blvd**
**Ewing, NJ 08618**

On which line in Part 1 did you enter the creditor? **2.26**

Last 4 digits of account number ___

[ ]  Name, Number, Street, City, State & Zip Code
**United Wholesale Mortgage**
**c/o CENLAR FSB Attn: Bk Dep**
**425 Phillips Blvd.**
**Ewing, NJ 08618**

On which line in Part 1 did you enter the creditor? **2.27**

Last 4 digits of account number ___

[ ]  Name, Number, Street, City, State & Zip Code
**Zions Bancorporation NA**
**c/o CENLAR FSB**
**Attn BK Dept**
**425 Phillips Blvd.**
**Ewing, NJ 08618**

On which line in Part 1 did you enter the creditor? **2.4**

Last 4 digits of account number ___

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **Lynne Ai Bui** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number   **8:23-bk-02914**
(if known)

■ Check if this is an
amended filing

## Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | **Contra Costa County Tax** | Last 4 digits of account number | **Unknown** | **$0.00** | **$0.00** |
| | Priority Creditor's Name | | | | |
| | **PO Box 631** | **When was the debt incurred?** | | | |
| | **Martinez, CA 94553** | | | | |
| | Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | | | |

Who incurred the debt? Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Domestic support obligations

☐ Check if this claim is for a  community debt

■ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**

☐ Claims for death or personal injury while you were intoxicated

■ No

☐ Other. Specify

☐ Yes

**4280 Knollview Drive, Danville, CA**

48536

Debtor 1   **Lynne Ai Bui**                                       Case number (if known)    **8:23-bk-02914**

| | | | | |
|---|---|---|---|---|
| **2.2** | **Los Angeles County Tax** | Last 4 digits of account number | **Unknown** | **$0.00** | **$0.00** |

**2.2**   **Los Angeles County Tax**

Priority Creditor's Name

**Collector**
**225 N Hills Street #1**
**Los Angeles, CA 90012**
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number _____   **Unknown**   **$0.00**   **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations

☑ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
       **757 Ocean Ave #309 Santa Monica, CA 90402  Los Angeles County**
       **Lynne A. Bui Living Trust Owner**

---

**2.3**   **Manatee County Tax Collector**

Priority Creditor's Name

**1001 3rd Ave W**
**Suite 240**
**Bradenton, FL 34205**
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number _____   **Unknown**   **$5,921.94**   **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations

☑ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
       **County Tax**

---

**2.4**   **Maui County Tax Collector**

Priority Creditor's Name

**100 Ainoa Street**
**Kaunakakai, HI 96748**
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number _____   **$10,178.16**   **$0.00**   **$10,178.16**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations

☑ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
       **3600 Wailea Drive #2102 Kihei, HI 96753  Maui County**
       **Lynne A. Bui Living Trust Owner**

Debtor 1  **Lynne Ai Bui**                                    Case number (if known)    **8:23-bk-02914**

| 2.5 | **Santa Clara Co Tax Collector** | Last 4 digits of account number **4009** | **$29,057.16** | **$0.00** | **$29,057.16** |

Priority Creditor's Name
**852 N 1st Street**
**San Jose, CA 95112**
Number Street City State Zip Code

**When was the debt incurred?**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

□ Contingent

■ Debtor 1 only

□ Unliquidated

□ Debtor 2 only

□ Disputed

□ Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**

□ At least one of the debtors and another

□ Domestic support obligations

□ **Check if this claim is for a  community debt**

□ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**

□ Claims for death or personal injury while you were intoxicated

■ No

□ Other. Specify

□ Yes

**20565 Debbie Lane Saratoga, CA 95070  Santa
Clara County
Lynne A. Bui Living Trust Owner**

---

| 2.6 | **Santa Clara Co Tax Collector** | Last 4 digits of account number | **$147,413.73** | **$0.00** | **$147,413.73** |

Priority Creditor's Name
**852 N 1st Street**
**San Jose, CA 95112**
Number Street City State Zip Code

**When was the debt incurred?**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

□ Contingent

■ Debtor 1 only

□ Unliquidated

□ Debtor 2 only

□ Disputed

□ Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**

□ At least one of the debtors and another

□ Domestic support obligations

□ **Check if this claim is for a  community debt**

■ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**

□ Claims for death or personal injury while you were intoxicated

■ No

□ Other. Specify

□ Yes

**Gladdington Properties, LLC, owned by Zephyr
Asset Management, LLC**

**Owner of 1498 Gladding Ct., Milpitas, CA 95035
2 % ownership**

Debtor 1  **Lynne Ai Bui**                                    Case number (if known)    **8:23-bk-02914**

| | | |
|---|---|---|

**2.7**  **Santa Clara Co Tax Collector**

Priority Creditor's Name

**852 N 1st Street**

**San Jose, CA 95112**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          **$146,212.92**          **$0.00**          **$146,212.92**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Cambridge Properties, LLC , Owned by Zephyr Asset Management, LLC**

**Owner of 14911 National Ave, Los Gatos, CA 95032, which is subject to a Trustee sale scheduled  by Evergreen Advantage 2 % ownership**

---

**2.8**  **Santa Clara Co Tax Collector**

Priority Creditor's Name

**852 N 1st Street**

**San Jose, CA 95112**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          **$225,250.35**          **$0.00**          **$225,250.35**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Elessar Properties, LLC, Owned by Zephyr Asset Management, LLC**

**Owner of 9460 No Name Uno, Gilroy CA 95020**

**On 08/24/2023 Elessar Properties Filed Chapter 11 Bankruptcy- 10/20/2023 Converted to Chapter 7 recently appraised at $10,000,0**

Debtor 1 **Lynne Ai Bui**                                    Case number (if known)    **8:23-bk-02914**

| 2.9 | **Santa Clara Co Tax Collector** | Last 4 digits of account number | **$612,514.71** | **$0.00** | **$612,514.71** |

Priority Creditor's Name
**852 N 1st Street**
**San Jose, CA 95112**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                              ☐ Contingent

☐ Debtor 2 only                             ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only         ☐ Disputed

☐ At least one of the debtors and another        Type of PRIORITY unsecured claim:

☐ Check if this claim is for a  community debt        ☐ Domestic support obligations

Is the claim subject to offset?             ■ Taxes and certain other debts you owe the government

■ No                                           ☐ Claims for death or personal injury while you were intoxicated

☐ Yes                                          ☐ Other. Specify

**Atlas Capital Investments, LLC, owned by Zephyr Asset Management, LLC**

**Owner of 5729 Fontanoso Way, San Jose, CA 95138**
**-Trustee Sale Scheduled by Evergreen Advantage Purchased in July 2022, but commercial real estate has gone down sinc**

---

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3.  Do any creditors have nonpriority unsecured claims against you?

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

| 4.1 | **American Express** | Last 4 digits of account number | **1001** | **$21,136.32** |

Nonpriority Creditor's Name
**PO Box 981535**
**El Paso, TX 79998**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                              ☐ Contingent

☐ Debtor 2 only                             ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only         ☐ Disputed

☐ At least one of the debtors and another        Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a  community debt        ☐ Student loans

Is the claim subject to offset?             ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                          ■ Other. Specify  **Credit Card**

Debtor 1  **Lynne Ai Bui**                                    Case number (if known)   **8:23-bk-02914**

---

| 4.2 | **American Express** | Last 4 digits of account number | **2000** | **$125,161.09** |

Nonpriority Creditor's Name
**PO Box 981535**
**El Paso, TX 79998**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.3 | **American Express** | Last 4 digits of account number | **1006** | **$16,122.41** |

Nonpriority Creditor's Name
**PO Box 981535**
**El Paso, TX 79998**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.4 | **American Express** | Last 4 digits of account number | **1002** | **$20,555.86** |

Nonpriority Creditor's Name
**PO Box 981535**
**El Paso, TX 79998**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

Debtor 1  **Lynne Ai Bui**                                    Case number (if known)  **8:23-bk-02914**

---

| 4.5 | **ASD Specialty Healthcare** | Last 4 digits of account number | | | **$189,226.17** |

Nonpriority Creditor's Name
**Inc.**
**2801 Horace Shepard Drive**
**Dothan, AL 36303**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

> **Global Cancer Research Institute, Inc., pending Chapter 11, pending in the Bankruptcy Court for the Northern District of California, Case No. 23-51174**
> **100 % ownership**

☐ Yes

■ Other. Specify  **UCC, Personal Guarantee**

---

| 4.6 | **Capital One** | Last 4 digits of account number | **4013** | **$17,794.17** |

Nonpriority Creditor's Name
**PO Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Credit Card**

---

| 4.7 | **Capital One** | Last 4 digits of account number | **8737** | **$12,783.14** |

Nonpriority Creditor's Name
**PO Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Credit Card**

---

Debtor 1  **Lynne Ai Bui**                              Case number (if known)    **8:23-bk-02914**

---

| 4.8 | **Capital One** | Last 4 digits of account number    **5065** | **$13,064.10** |

Nonpriority Creditor's Name
**PO Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Credit Card**

---

| 4.9 | **Diemer & Wei LLP** | Last 4 digits of account number | **$26,338.00** |

Nonpriority Creditor's Name
**55 S. Market St**
**#1420**
**San Jose, CA 95113**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Attorney Fees**

---

Debtor 1  **Lynne Ai Bui**                                    Case number (if known)    **8:23-bk-02914**

| 4.10 | **EBF Holdings, LLC** | Last 4 digits of account number | | **$75,051.00** |

Nonpriority Creditor's Name
**8211 NW 52nd Terrace**
**Suite 200**
**Miami, FL 33166**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

> **Global Cancer Research Institute, Inc., pending Chapter 11, pending in the Bankruptcy Court for the Northern District of California, Case No. 23-51174 100 % ownership**

■ Other. Specify   **UCC Personal Guarantee**

| 4.11 | **JP Morgan Chase Bank** | Last 4 digits of account number | **4448** | **$200,132.53** |

Nonpriority Creditor's Name
**PO Box 15123**
**Wilmington, DE 19850**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card**

Debtor 1  **Lynne Ai Bui**                                        Case number (if known)   **8:23-bk-02914**

---

| 4.1 2 | **JP Morgan Chase Bank** | **Last 4 digits of account number**   **3545** | **$2,153.20** |

Nonpriority Creditor's Name
**PO Box 15123**
**Wilmington, DE 19850**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card**

---

| 4.1 3 | **Mark Albert** | **Last 4 digits of account number** | **$70,000.00** |

Nonpriority Creditor's Name
**445 S. Figueroa St**
**#3100**
**Los Angeles, CA 90071**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Attorney Fees**

---

Debtor 1  **Lynne Ai Bui**                                    Case number (if known)    **8:23-bk-02914**

| 4.14 | **McKesson Specialty Care** | Last 4 digits of account number | $892,218.37 |

Nonpriority Creditor's Name
**Distribution, LLC**
**401 Mason Rd.**
**La Vergne, TN 37086**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Global Cancer Research Institute, Inc. pending Chapter 11, pending in the Bankruptcy Court for the Nothern District of California, Case No. 23-51174 100% ownership**

■ Other. Specify    **UCC Personal Guarantee**

| 4.15 | **Pearl Beta Funding, LLC** | Last 4 digits of account number | $213,216.00 |

Nonpriority Creditor's Name
**100 William Street**
**9th Floor**
**New York, NY 10038-5056**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Global Cancer Research Institute, Inc., pending Chapter 11, pending in the Bankruptcy Court for the Northern District of California, Case No. 23-51174 100 % ownership**

■ Other. Specify    **UCC Personal Guarantee**

Debtor 1  **Lynne Ai Bui**                                    Case number (if known)    **8:23-bk-02914**

---

| 4.1 6 | **Quinn Covarrubius** | Last 4 digits of account number | **$37,022.89** |

Nonpriority Creditor's Name
**2220 Douglas Blvd**
**#240**
**Roseville, CA 95661**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Attorney Fees**

---

| 4.1 7 | **Samson MCA, LLC** | Last 4 digits of account number | **$1,474,839.37** |

Nonpriority Creditor's Name
**1545 Rte 202**
**Suite 101**
**Pomona, NY 10970**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Global Cancer Research Institute, Inc., pending Chapter 11, pending in the Bankruptcy Court for the Northern District of California, Case No. 23-51174 100 % ownership**

■ Other. Specify  **UCC Personal Guarantee**

---

Debtor 1 **Lynne Ai Bui**　　　　　　　　　　　Case number (if known)　**8:23-bk-02914**

---

**4.18**

**Santa Cruz County Bank**

Nonpriority Creditor's Name
**19240 Stevens Creek Blvd**
**Cupertino, CA 95014**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____　　　　$1,076,897.27

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Personal Line of Credit**

---

**4.19**

**Schulze, Haynes, Loevenguth**

Nonpriority Creditor's Name
**& Co**
**660 S. Figueroa St #1280**
**Los Angeles, CA 90017**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____　　　　$1,361.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Witness Fees**

---

**4.20**

**United Business Bank**

Nonpriority Creditor's Name
**50 Ynacio Valley Rd**
**#130**
**Walnut Creek, CA 94596**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____　　　　$1,111,246.87

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Personal Line of Credit**

---

Debtor 1   **Lynne Ai Bui**                                                Case number (if known)   **8:23-bk-02914**

---

| 4.2 1 | **Vitality HPCA Creditor Trust** | Last 4 digits of account number | | $1,112,500.00 |

Nonpriority Creditor's Name
**1301 Dove Street, Suite 500**
**Newport Beach, CA 92660**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

□ Contingent

□ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Judgment**

---

| 4.2 2 | **Wells Fargo Bank, NA** | Last 4 digits of account number   0109 | | $17,987.29 |

Nonpriority Creditor's Name
**Small Busines Lending Div**
**PO Box 29482**
**MAC S4101-08C**
**Phoenix, AZ 85038**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

□ Contingent

□ Unliquidated

□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card**

---

| 4.2 3 | **Wells Fargo Bank, NA** | Last 4 digits of account number   6405 | | $9,634.26 |

Nonpriority Creditor's Name
**Small Busines Lending Div**
**PO Box 29482**
**MAC S4101-08C**
**Phoenix, AZ 85038**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

□ Contingent

□ Unliquidated

□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card**

---

Debtor 1  **Lynne Ai Bui**                                    Case number (if known)    **8:23-bk-02914**

| 4.2 4 | **Wells Fargo Bank, NA** | Last 4 digits of account number **5259** | **$10,470.04** |

Nonpriority Creditor's Name
**Small Busines Lending Div**
**PO Box 29482**
**MAC S4101-08C**
**Phoenix, AZ 85038**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Credit Card**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**American Express National**
**Bank c/o Becket and Lee LLP**
**PO Box 3001**
**Malvern, PA 19355**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (Check one):      ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**American Express National**
**Bank c/o Becket and Lee LLP**
**PO Box 3001**
**Malvern, PA 19355**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.2** of (Check one):      ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**American Express National**
**Bank c/o Becket and Lee LLP**
**PO Box 3001**
**Malvern, PA 19355**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one):      ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**American Express National**
**Bank c/o Becket and Lee LLP**
**PO Box 3001**
**Malvern, PA 19355**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of (Check one):      ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Capital One, N.A.**
**by American InfoSource**
**PO Box 71083**
**Charlotte, NC 28272-1083**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):      ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Capital One, N.A.**
**by American InfoSource**
**PO Box 71083**
**Charlotte, NC 28272-1083**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.7** of (Check one):      ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ■ Part 2: Creditors with Nonpriority Unsecured Claims

Debtor 1   **Lynne Ai Bui**                                    Case number (if known)    **8:23-bk-02914**

---

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Capital One, N.A.**<br>**by American InfoSource**<br>**PO Box 71083**<br>**Charlotte, NC 28272-1083** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.8** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**JPMorgan Chase Bank NA**<br>**s/b/m/t Chase Bank USA, N.A.**<br>**c/o Robertson, Anschutz**<br>**6409 Congress Ave, Suite 100**<br>**Boca Raton, FL 33487** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.11** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**JPMorgan Chase Bank NA**<br>**s/b/m/t Chase Bank USA, N.A.**<br>**c/o Robertson, Anschutz**<br>**6409 Congress Ave, Suite 100**<br>**Boca Raton, FL 33487** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.12** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Mark Anchor Albert**<br>**4971 Los Feliz Blvd.**<br>**542 Ahina Street**<br>**Los Angeles, CA 90027** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.13** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Santa Cruz County Bank**<br>**c/o Catherine Robertson**<br>**Pahl & McCay**<br>**225 West Santa Clara #1500**<br>**San Jose, CA 95113** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.18** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**United Business Bank**<br>**c/o Robert B. Kaplan, Esq**<br>**Two Embarcadero Center**<br>**5th Floor**<br>**San Francisco, CA 94111** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.20** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

**Part 4:**    Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 1,170,627.03 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 1,170,627.03 |

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |

| Debtor 1 | **Lynne Ai Bui** | | Case number (if known) | **8:23-bk-02914** |
|---|---|---|---|---|

| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
|---|---|---|---|---|---|
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 6,746,911.35 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 6,746,911.35 |

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **Lynne Ai Bui** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number    **8:23-bk-02914**
(if known)

■ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Audrey Tse and Michael Tanzillo**<br>**1829 Bancroft Way**<br>**Berkeley, CA 94703** | **Tenant Lease of 1829 Bancroft Way, Berkeley, CA 94703** |
| 2.2 | **Evelyn Harrock/Scott Dailey**<br>**1221 Parker Place**<br>**#6**<br>**San Diego, CA 92109** | **Tenant Lease of 1221 Parker Place #6, San Diego, CA 92109** |
| 2.3 | **Jonathan Hughes and Katelyn Lalonde**<br>**2325 50th St Circle E**<br>**Palmetto, FL 34221** | **Tenant Lease of 2325 50th Street Circle E, Palmetto, FL 34221** |
| 2.4 | **Nina Edwards**<br>**757 Ocean Ave**<br>**#309**<br>**Santa Monica, CA 90402** | **Tenant Lease of 757 Ocean Ave #309, Santa Monica, CA 90402** |

**Fill in this information to identify your case:**

| Debtor 1 | **Lynne Ai Bui** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number    **8:23-bk-02914**
(if known)

■ Check if this is an
amended filing

## Official Form 106H
# Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ■ No
    ☐ Yes.

      In which community state or territory did you live?    **-NONE-**    . Fill in the name and current address of that person.

      Name of your spouse, former spouse, or legal equivalent
      Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1 **ACN Group LTD**<br>**23 Lime Tree Bay Ave**<br>**Grand Cayman KY1-1003** | ■ Schedule D, line   **2.9**<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Coe Group, LTD** |
| 3.2 **AIA Group LTD**<br>**23 Lime Tree Bay Ave**<br>**Grand Cayman KY1-1003** | ■ Schedule D, line   **2.8**<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Coe Group, LTD** |

Debtor 1    **Lynne Ai Bui**                                    Case number *(if known)*    **8:23-bk-02914**

| ▇ | **Additional Page to List More Codebtors** |
|---|---|

*Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply:

3.3    **Atlas Capital Investments, LLC**
       **PO Box 3167**
       **Saratoga, CA 95070**

■ Schedule D, line __**2.13**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Evergreen Advantage LLC**

3.4    **Atlas Capital Investments, LLC**
       **PO Box 3167**
       **Saratoga, CA 95070**

■ Schedule D, line __**2.24**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Tesser,LLC**

3.5    **Bright Mountain Group Inc.**
       **23 Lime Tree Bay Ave**
       **Grand Cayman KY1-1003**

■ Schedule D, line __**2.2**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bodden & Bodden**

3.6    **Bright Mountain Group Inc.**
       **23 Lime Tree Bay Ave**
       **Grand Cayman KY1-1003**

■ Schedule D, line __**2.10**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Coe Group, LTD (Bodden Town)**

3.7    **Cambridge Properties, LLC**
       **PO Box 3167**
       **Saratoga, CA 95070**

■ Schedule D, line __**2.6**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Cathay Bank**

3.8    **Cambridge Properties, LLC**
       **PO Box 3167**
       **Saratoga, CA 95070**

■ Schedule D, line __**2.12**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Evergreen Advantage LLC**

3.9    **Elessar Properties, LLC**
       **PO Box 3167**
       **Saratoga, CA 95070**

■ Schedule D, line __**2.14**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Evergreen Advantage LLC**

3.10   **Elessar Properties, LLC**
       **PO Box 3167**
       **Saratoga, CA 95070**

■ Schedule D, line __**2.19**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Sakura Financial**

Debtor 1   **Lynne Ai Bui**                                        Case number *(if known)*   **8:23-bk-02914**

■ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.11   **Elessar Properties, LLC**<br>**PO Box 3167**<br>**Saratoga, CA 95070** | ■ Schedule D, line __2.20__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Santa Cruz County Bank** |
| 3.12   **Gladdington Properties, LLC**<br>**PO Box 3167**<br>**Saratoga, CA 95070** | ■ Schedule D, line __2.11__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**CTBC Bank** |
| 3.13   **Gladdington Properties, LLC**<br>**PO Box 3167**<br>**Saratoga, CA 95070** | ■ Schedule D, line __2.17__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Redwood Mortgage** |
| 3.14   **Gladdington Properties, LLC**<br>**PO Box 3167**<br>**Saratoga, CA 95070** | ■ Schedule D, line __2.18__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Sakura Financial** |
| 3.15   **Global Cancer Research Institute Inc.**<br>**14911 National Ave #1**<br>**Los Gatos, CA 95032** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.17__<br>☐ Schedule G _____<br>**Samson MCA, LLC** |
| 3.16   **Global Cancer Research Institute Inc.**<br>**14911 National Ave #1**<br>**Los Gatos, CA 95032** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.15__<br>☐ Schedule G _____<br>**Pearl Beta Funding, LLC** |
| 3.17   **Global Cancer Research Institute Inc.**<br>**14911 National Ave #1**<br>**Los Gatos, CA 95032** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.10__<br>☐ Schedule G _____<br>**EBF Holdings, LLC** |
| 3.18   **Global Cancer Research Institute Inc.**<br>**14911 National Ave #1**<br>**Los Gatos, CA 95032** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.5__<br>☐ Schedule G _____<br>**ASD Specialty Healthcare** |

Debtor 1   **Lynne Ai Bui**

Case number *(if known)*   **8:23-bk-02914**

■ **Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.19   **Global Cancer Research Institute Inc.**
**14911 National Ave #1**
**Los Gatos, CA 95032**

☐ Schedule D, line _____
■ Schedule E/F, line __4.14__
☐ Schedule G _____
**McKesson Specialty Care**

3.20   **Larry Bui**
**4280 Knollview Drive**
**Danville, CA 94506**
**Co-Debtor, primary residence, pays monthly mortgage payment**
**with 1st mortgage with Chase and property taxes**

■ Schedule D, line __2.7__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Chase**

3.21   **Vintage Point Properties, LLC**
**PO Box 3167**
**Saratoga, CA 95070**

■ Schedule D, line __2.16__
☐ Schedule E/F, line _____
☐ Schedule G _____
**PenFed Credit Union**

3.22   **Vintage Point Properties, LLC**
**PO Box 3167**
**Saratoga, CA 95070**

■ Schedule D, line __2.21__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Scott Capital Mgmt, Inc.**

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Lynne Ai Bui** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (If known) | **8:23-bk-02914** |

Check if this is:

■ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

### Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Employment status** | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | **Occupation** | **Physician-CEO of Khloris Bio.** | |
| | **Employer's name** | **Global Cancer Research Institute** | |
| | **Employer's address** | **14911 National Ave #1 Los Gatos, CA 95032** | |
| | **How long employed there?** | **10 + Years** | |

| Part 2: | Give Details About Monthly Income |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **41,083.00** | $ | **N/A** |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ **0.00** | +$ | **N/A** |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ **41,083.00** | $ | **N/A** |

Debtor 1  **Lynne Ai Bui**

Case number (*if known*)  **8:23-bk-02914**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 41,083.00 | $ N/A |
| **5.** | **List all payroll deductions:** | | | |
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 12,783.00 | $ N/A |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. | **Insurance** | 5e. | $ 400.00 | $ N/A |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ 0.00 | + $ N/A |
| **6.** | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 13,183.00 | $ N/A |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 27,900.00 | $ N/A |
| **8.** | **List all other income regularly received:** | | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 33,333.00 | $ N/A |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ N/A |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ N/A |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ 0.00 | + $ N/A |
| **9.** | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 33,333.00 | $ N/A |

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

10. $ 61,233.00 + $ N/A = $ 61,233.00

11. **State all other regular contributions to the expenses that you list in *Schedule J.*** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:

11.  +$  0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies

12.  $ 61,233.00
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

■ No.

☐ Yes. Explain:  **W2 Wages:**
**Debtor is a Physician at Global Cancer Research Institute (14911 National Ave #1, Los Gatos, CA 95032)-  Gross Employment $118,000.00 Year/ $9,833.33/mo.**

**Debtor is CEO of Khloris Biosciences, Inc (5729 Fontanoso Way, San Jose, CA 95138)- Gross Employment $375,000.00 Year/ $32,150/Mo.**

**Business Income:**
**Debtor receives $400,000.00/year from business Global Cancer Research Institute/ $33,333.00 mo.**

Debtor 1    **Lynne Ai Bui**                                                          Case number (*if known*)    **8:23-bk-02914**

**Fill in this information to identify your case:**

Debtor 1 **Lynne Ai Bui**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number **8:23-bk-02914**
(If known)

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ☐ No

   Do not list Debtor 1 and Debtor 2.    ☑ Yes. Fill out this information for each dependent..............

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| Do not state the dependents names | Son | 21 | ☐ No ☑ Yes |
| | Son | 23 | ☐ No ☑ Yes |
| | | | ☐ No ☐ Yes |
| | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ☑ No    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | | **Your expenses** |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | **22,500.00** |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. $ | **2,083.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | **250.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | **350.00** |
| 4d. | Homeowner's association or condominium dues | 4d. $ | **0.00** |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ | **18,487.00** |

Debtor 1    **Lynne Ai Bui**                                    Case number (if known)    **8:23-bk-02914**

| | | | |
|---|---|---|---:|
| 6. | **Utilities:** | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ 430.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ 250.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ 460.00 |
| | 6d. | Other. Specify: | 6d. $ 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ 1,000.00 |
| 8. | **Childcare and children's education costs** | | 8. $ 3,500.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ 225.00 |
| 10. | **Personal care products and services** | | 10. $ 100.00 |
| 11. | **Medical and dental expenses** | | 11. $ 100.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ 150.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. | Life insurance | 15a. $ 375.00 |
| | 15b. | Health insurance | 15b. $ 1,700.00 |
| | 15c. | Vehicle insurance | 15c. $ 420.00 |
| | 15d. | Other insurance. Specify: | 15d. $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ 0.00 |
| | 17c. | Other. Specify: | 17c. $ 0.00 |
| | 17d. | Other. Specify: | 17d. $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, _Schedule I, Your Income_ (Official Form 106I).** | | 18. $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on _Schedule I: Your Income._** | | |
| | 20a. | Mortgages on other property | 20a. $ 34,360.00 |
| | 20b. | Real estate taxes | 20b. $ 3,083.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ 250.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ 375.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ 0.00 |
| 21. | **Other:** Specify: | | 21. +$ 0.00 |

| | | | |
|---|---|---|---:|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 90,448.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 90,448.00 |

| | | | |
|---|---|---|---:|
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 _(your combined monthly income)_ from Schedule I. | 23a. $ | 61,233.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 90,448.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your _monthly net income._ | 23c. $ | -29,215.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.    Explain here:

**Fill in this information to identify your case:**

| Debtor 1 | **Lynne Ai Bui** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | MIDDLE DISTRICT OF FLORIDA | |
| Case number | **8:23-bk-02914** | | |
| (if known) | | | |

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

| X | | X | |
|---|---|---|---|
| **Lynne Ai Bui** | | | Signature of Debtor 2 |
| Signature of Debtor 1 | | | |
| Date | January 12, 2024 | Date | |

Official Form 106Dec            Declaration About an Individual Debtor's Schedules

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was provided by the Court's CM/ECF Noticing System on this 12ᵗʰ day of January, 2024 to those parties registered to receive service via the Court's electronic system; including the U.S. Trustee.

Respectfully submitted,

*/s/ Jake C. Blanchard*
JAKE C. BLANCHARD, ESQ.
Florida Bar No: 055438
BLANCHARD LAW, P.A.
8221 49ᵗʰ Street North
Pinellas Park, FL 33781
Phone: 727-531-7068
Fax No: 727- 535-2086
Email: jake@jakeblanchardlaw.com

1