**Fill in this information to identify your case:**

Debtor 1: **Lynne Ai Bui**
 First Name    Middle Name    Last Name

Debtor 2: _____
(Spouse if, filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number: **8:23-bk-02914**
(if known)

☐ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B........................................................ $ **13,575,000.00**

   1b. Copy line 62, Total personal property, from Schedule A/B............................................ $ **60,254,800.00**

   1c. Copy line 63, Total of all property on Schedule A/B..................................................... $ **73,829,800.00**

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...*    $ **53,916,355.56**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*...............    $ **0.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............    $ **11,339,796.77**

   **Your total liabilities** $ **65,256,152.33**

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*.............................................    $ **61,233.00**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*.....................................................    $ **90,448.00**

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1  **Lynne Ai Bui**  Case number *(if known)* **8:23-bk-02914**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.  $ **73,083.00**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| | |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

**Fill in this information to identify your case and this filing:**

Debtor 1: **Lynne Ai Bui**
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number: 8:23-bk-02914

■ Check if this is an amended filing

# Official Form 106A/B
## Schedule A/B: Property   12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
■ Yes. Where is the property?

1.1

**2325 50th Street Circle East**
Street address, if available, or other description

**Palmetto**   **FL**   **34221-0000**
City / State / ZIP Code

**Manatee**
County

**What is the property?** Check all that apply
■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** $500,000.00
**Current value of the portion you own?** $500,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee simple**

☐ Check if this is community property (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

| Debtor 1 | **Lynne Ai Bui** | | Case number *(if known)* | **8:23-bk-02914** |
|---|---|---|---|---|

**If you own or have more than one, list here:**

**1.2**

**20565 Debbie Lane**
Street address, if available, or other description

**Saratoga**  **CA**  **95070-0000**
City    State    ZIP Code

**Santa Clara**
County

**What is the property?** Check all that apply
- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Lynne A. Bui Living Trust Owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**  **Current value of the portion you own?**
**$4,875,000.00**  **$4,875,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property** *(see instructions)*

---

**If you own or have more than one, list here:**

**1.3**

**4280 Knollview Drive**
Street address, if available, or other description

**Danville**  **CA**  **94506-0000**
City    State    ZIP Code

**Contra Costa**
County

**What is the property?** Check all that apply
- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**  **Current value of the portion you own?**
**$2,000,000.00**  **$2,000,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property** *(see instructions)*

| Debtor 1 | Lynne Ai Bui | Case number *(if known)* | 8:23-bk-02914 |
|---|---|---|---|

**If you own or have more than one, list here:**

**1.4**

**3600 Wailea Alanui Drive #2102**
Street address, if available, or other description

**Kihei**  **HI**  **96753-0000**
City  State  ZIP Code

**Maui**
County

**What is the property?** Check all that apply
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☒ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Lynne A. Bui Living Trust Owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** $2,200,000.00

**Current value of the portion you own?** $2,200,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

**1.5**

**1221 Parker Pl #6**
Street address, if available, or other description

**San Diego**  **CA**  **92109-0000**
City  State  ZIP Code

**San Diego**
County

**What is the property?** Check all that apply
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☒ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Lynne A. Bui Living Trust Owner**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** $1,200,000.00

**Current value of the portion you own?** $1,200,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

| Debtor 1 | Lynne Ai Bui | Case number *(if known)* | 8:23-bk-02914 |

**If you own or have more than one, list here:**

**1.6**

**1829 Bancroft Way**
Street address, if available, or other description

**Berkeley** **CA** **94703-0000**
City     State     ZIP Code

**Alameda**
County

**What is the property?** Check all that apply
- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** $2,000,000.00
**Current value of the portion you own?** $2,000,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**Lynne A. Bui Living Trust Owner**

---

**If you own or have more than one, list here:**

**1.7**

**757 Ocean Ave #309**
Street address, if available, or other description

**Santa Monica** **CA** **90402-0000**
City     State     ZIP Code

**Los Angeles**
County

**What is the property?** Check all that apply
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ■ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** $800,000.00
**Current value of the portion you own?** $800,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**Lynne A. Bui Living Trust Owner**

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................................................................=>**    **$13,575,000.00**

**Part 2:** **Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

| Debtor 1 | Lynne Ai Bui | Case number *(if known)* | 8:23-bk-02914 |

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

**3.1**
Make: **Tesla**
Model: **S**
Year: **2016**
Approximate mileage: **125000**
Other information:

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$20,000.00**
Current value of the portion you own? **$20,000.00**

**3.2**
Make: **Mercedes**
Model: **E350**
Year: **2014**
Approximate mileage: **75000**
Other information:

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Current value of the entire property? **$10,000.00**
Current value of the portion you own? **$10,000.00**

**3.3**
Make: **Ford**
Model: **Fusion**
Year: **2019**
Approximate mileage: **60000**
Other information:

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Current value of the entire property? **$20,000.00**
Current value of the portion you own? **$20,000.00**

**3.4**
Make: **Lexus**
Model: **GS300**
Year: **2001**
Approximate mileage: **250000**
Other information:

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Current value of the entire property? **$1,000.00**
Current value of the portion you own? **$1,000.00**

**3.5**
Make: **Toyota**
Model: **Sequoia**
Year: **2002**
Approximate mileage: **150000**
Other information:

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Current value of the entire property? **$1,500.00**
Current value of the portion you own? **$1,500.00**

Debtor 1    **Lynne Ai Bui**                                                                 Case number *(if known)*   **8:23-bk-02914**

| 3.6 | Make: **Ford** <br> Model: **Windstar** <br> Year: **2001** <br> Approximate mileage: **125000** <br> Other information: | **Who has an interest in the property?** Check one <br> ■ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ Check if this is community property (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. <br> **Current value of the entire property?** $1,000.00 <br> **Current value of the portion you own?** $1,000.00 |
|---|---|---|---|

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☐ No
   ■ Yes

| 4.1 | Make: **Pearson** <br> Model: <br> Year: **1979** <br> Other information: **Sailboat 30ft** | **Who has an interest in the property?** Check one <br> ■ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ Check if this is community property (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. <br> **Current value of the entire property?** $10,000.00 <br> **Current value of the portion you own?** $10,000.00 |
|---|---|---|---|
| 4.2 | Make: **Newport** <br> Model: **Mark III** <br> Year: **1980** <br> Other information: **Sailboat 28ft** | **Who has an interest in the property?** Check one <br> ■ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ Check if this is community property (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. <br> **Current value of the entire property?** $5,000.00 <br> **Current value of the portion you own?** $5,000.00 |

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................................=>    **$68,500.00**

### Part 3:   Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?    **Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | household furniture, kitchenware, appliances | $10,000.00 |
   |---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   | computers, printers, cell phones, cameras, TVs, stereo systems | $5,000.00 |
   |---|---|

| Debtor 1 | Lynne Ai Bui | Case number *(if known)* | 8:23-bk-02914 |
|---|---|---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | **Clothes, Shoes, Coats** | **$5,000.00** |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

    | **Rings, Necklaces** | **$20,000.00** |
    |---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ........................................................................    **$40,000.00**

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|
| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes..........................................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................    Institution name:

Debtor 1   **Lynne Ai Bui**                                                                 Case number *(if known)*   **8:23-bk-02914**

|  |  |  |  |
|---|---|---|---|
| 17.1. | **Checking** | **Wells Fargo Bank 9418- Closed** | $12,000.00 |
| 17.2. | **Checking** | **JP Morgan Chase Bank closed** | $400.00 |
| 17.3. | **Savings** | **Wells Fargo Bank closed** | $400.00 |
| 17.4. | **Savings** | **JP Morgan Chase closed** | $1,000.00 |
| 17.5. | **Checking** | **United Business Bank, bank would not close account.** | $1,000.00 |
| 17.6. |  | **California Bank & Trust closed** | $1,500.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☐ No
    ■ Yes...................         Institution or issuer name:

    **ETrade**                                                                                                                                             $30,000.00

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them...................
    Name of entity:                                                           % of ownership:

    **Vintage Point Properties, LLC, owned by Zephyr Asset Management, LLC**

    **Owner of 1729 Milvia St., Berkeley, CA 94706**                    2       %                    $2,000,000.00

    **Gladdington Properties, LLC, owned by Zephyr Asset Management, LLC**

    **Owner of 1498 Gladding Ct., Milpitas, CA 95035**                  2       %                    $5,000,000.00

    **Cambridge Properties, LLC , Owned by Zephyr Asset Management, LLC**

    **Owner of 14911 National Ave, Los Gatos, CA 95032, which is subject to a Trustee sale scheduled  by Evergreen Advantage**                    2       %                    $8,000,000.00

Official Form 106A/B                                   Schedule A/B: Property                                                              page 8

| Debtor 1 | Lynne Ai Bui | Case number (if known) | 8:23-bk-02914 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Atlas Capital Investments, LLC, owned by Zephyr Asset Management, LLC**<br><br>**Owner of 5729 Fontanoso Way, San Jose, CA 95138**<br>**-Trustee Sale Scheduled by Evergreen Advantage**<br>**Purchased in July 2022, but commercial real estate has gone down since. Don't think it can sell for that price at this time. May be negative equity. Chapter 11 Filed 11/21/2023** | 2 | % | $20,000,000.00 |
| **Elessar Properties, LLC, Owned by Zephyr Asset Management, LLC**<br><br>**Owner of 9460 No Name Uno, Gilroy CA 95020**<br><br>**On 08/24/2023 Elessar Properties Filed Chapter 11 Bankruptcy- 10/20/2023 Converted to Chapter 7**<br>**recently appraised at $10,000,000 10/3/2023. Appraisal ordered by 3rd lien holder.** | 2 | % | $10,000,000.00 |
| **ACN Group LTD. owned by The Pemberley 2018 Trust**<br><br>**Owner of Heritage House, 2062 Rum Point Drive, Grand Caymans (Value: $2,500,000.00)- In Receivership- Listed for Sale**<br>**Owner of Boggy Sands Condo, Coconut 1, Grand Caymans (Value $1,950,000.00)- In Receivership-in escrow**<br>**Sold on 12/09/2023** | 0 | % | $4,450,000.00 |
| **Bright Mountain Group, Inc  owned by The Dorcester Group, Inc.**<br><br>**Owner of Bodden Town Condo, Seabreeze Villas, Unit 4, Grand Caymans (Value $625,000.00)- Lender Coe Group LTD has Charging Order on Bodden Condo- in receivership, listed for sale for $625,000.00.- In Escrow**<br><br>**Owner of Pelican Point, Grand Caymans, 1206 Rum Point Dr. Grand Caymans (Value $2,200,000.00)- Pelican Point owes Stamp Duty Tax to Government and Attorney Fees $350,000.00 and needs pool and A/C repairs** | 0 | % | $2,850,000.00 |
| **Beach Bay Group, LTD.  owned by The Pemberley 2018 Trust**<br><br>**Owner of Beach Bay Land, Grand Caymans (Value: $2,200,000.00)** | 0 | % | $2,200,000.00 |

| Debtor 1 | Lynne Ai Bui | Case number *(if known)* | 8:23-bk-02914 |
|---|---|---|---|

| Description | % | Value |
|---|---|---|
| **AIA Group, LTD , owned by The Pemberly 2018 Trust**<br><br>Owner of Old Man Bay Land, Grand Caymans (Value $2,100,000.00)<br><br>Note: In Receivership, sold in August 2023 by Receiver. Lender Coe Group, LTD. has Court Charging Order Against AIA Group LTD for $1,000,000.00; Corporation has no assets since property was sold. AIA Group LTD was borrower and Debtor signed Personal Guarantee for Loan | 0 % | $0.00 |
| **Zephyr Asset Management, LLC**<br><br>Owner(s):<br>The Pemberly 2018 Trust (98%)<br>The Lynne A Bui Living Trust Dated 08/03/2009 (2%) | 2 % | $0.00 |
| **The Dorcester Group, Inc. owned by The Pemberley 2018 Trust**<br><br>Owner of Bright Mountain Group, Inc. and approximately 23.34% of Khloris Biosciences, Inc. | 0 % | $0.00 |
| **Khloris Biosciences, Inc., The Dorcester Group, Inc. owns approximately 23.34%**<br><br>Owner of Khloris Australia Pty Ltd. | 0 % | $0.00 |
| **Global Cancer Research Institute, Inc., pending Chapter 11, pending in the Bankruptcy Court for the Northern District of California, Case No. 23-51174** | 100 % | $0.00 |
| **Le Soleil, Inc. owned by The Pemberley 2018 Trust.** | 0 % | $0.00 |
| **Khloris Australia Pty. Ltd.**<br>100% wholly owned subsidiary of Khloris Biosciences, Inc. in Australia | 0 % | $0.00 |
| **Dragonhorse Group Pty, Ltd.**<br><br>Australian company owned by Lynne A. Bui as individual, owes $1.4m loan to private lender in Australia on condo in Brisbane, under receivership listed for sale at auction. Valuation of Condo $1.5m<br><br>**4803/8 Adelaide Street, Brisbane City, Australia** | 100 % | $0.00 |

Debtor 1  **Lynne Ai Bui**　　　　　　　　　　　　　　　　　Case number *(if known)*  **8:23-bk-02914**

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ☒ No
    ☐ Yes. Give specific information about them
    　　　　　　Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ☒ Yes. List each account separately.

    | Type of account: | Institution name: | |
    |---|---|---|
    | IRA | Wells Fargo Advisors IRA | $80,000.00 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☒ No
    ☐ Yes. .....................　　　　　　Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ☒ No
    ☐ Yes............　　Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☒ No
    ☐ Yes............　　Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☐ No
    ☒ Yes. Give specific information about them...

    | | |
    |---|---|
    | The Lynne A. Bui Living Trust Dated 08/03/2009<br><br>Five Properties:<br>20565 Debbie Ln, Saratoga, CA 95070<br>3600 Wailea Alanui Drive, #2102 Wailea, HI 96753<br>1221 Parker Pl #6, San Diego, CA, 92109<br>1829 Bancroft Way, Berkley CA 95703<br>757 Ocean Ave #309, Santa Monica, CA, 90402<br><br>2% Owner of Zephyr Asset Management, LLC | Unknown |
    | The Pemberly 2018 Trust, Irrevocable Cayman Island Trust<br>Keith, M. High, Fiduciary Trustee of Trust<br><br>Owner of: Beach Bay Group, Ltd., AIA Group, Ltd., ACN Group, Ltd.,<br>The Dorcester Group, Inc, LeSoleil, Inc., Owns 98% of Zephyr Asset Management, LLC. | Unknown |

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☒ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☒ No

Debtor 1  **Lynne Ai Bui**    Case number *(if known)* 8:23-bk-02914

☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | Mass Mutual Life Insurance | Children | $20,000.00 |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No
    ■ Yes.  Describe each claim.........

    | Description | Value |
    |---|---|
    | Breach of Settlement Agreement, Possible Causes of Action against Vitality Health Plan of Nevada, Christopher Do, Brian Barry, and Anh Tran and Vitality Health Plan of California | Unknown |
    | Note Payable to Khloris Biosciences, Inc (07/2021) | $5,000,000.00 |
    | Legal Malpractice complaint against Mark Anchor Albert | Unknown |
    | Fraud conversion, breach of contract, unjust enrichment against Patrick Oliver, Yayan, Inc., Saratoga Development and Capital Group, LLC, and DOES 1-20 | $500,000.00 |

| Debtor 1 | Lynne Ai Bui | Case number *(if known)* | 8:23-bk-02914 |
|---|---|---|---|

|   | Breach of fiduciary duty, negligence, breach of contract against escrow officer/company and DOES 1-20 who failed to record deed of trust on HELOC obtained from CABT/Zions Bancorporation on 08/2021 on Saratoga Property | Unknown |
|---|---|---|
|   | Breach of fiduciary duty, gross negligence, constructive fraud against Christopher Do, Brian Barry, Anh Tran, and DOES 1-20 | Unknown |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.....................................................** $60,146,300.00

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here ...................................** $0.00

| Debtor 1 | Lynne Ai Bui | Case number *(if known)* | 8:23-bk-02914 |
|---|---|---|---|

**Part 8:   List the Totals of Each Part of this Form**

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ........................................................................................................ | | $13,575,000.00 |
| 56. | **Part 2: Total vehicles, line 5** | $68,500.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $40,000.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $60,146,300.00 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $60,254,800.00   Copy personal property total | $60,254,800.00 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | $73,829,800.00 |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Lynne Ai Bui** | |
| | First Name   Middle Name   Last Name | |
| Debtor 2 (Spouse if, filing) | First Name   Middle Name   Last Name | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA | |
| Case number (if known) | 8:23-bk-02914 | ■ Check if this is an amended filing |

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules 12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Lynne Ai Bui                                X _____
Lynne Ai Bui                                         Signature of Debtor 2
Signature of Debtor 1

Date  July 08, 2025                             Date _____

Official Form 106Dec           **Declaration About an Individual Debtor's Schedules**

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was provided by the Court's CM/ECF Noticing System on this 8th day of July, 2025 to those parties registered to receive service via the Court's electronic system; including the U.S. Trustee and the Chapter 11 Trustee.

    Respectfully submitted,

*/s/ Jake C. Blanchard*
JAKE C. BLANCHARD, ESQ.
Florida Bar No: 055438
BLANCHARD LAW, P.A.
8221 49th Street North
Pinellas Park, FL 33781
Phone: 727-531-7068
Fax No: 727- 535-2086
Email: jake@jakeblanchardlaw.com

4899-5165-2669, v. 2